Case 1:06-cr-00306-ODE-ECS Document 575 Filed 02/22/11 Page 1 of 2

FILED IN CHAMBERS
U.S.D.C. - Atlanta

FEB 2 2 2011

James N. Hatten, Clerk
By: /s/ HMCauli
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL ACTION NO. |
| | : 1:06-CR-306-2-ODE |
| v. | : |
| | : |
| KENNETH DAVID HARVEY | : |

ORDER

This criminal case is before the Court on Defendant's Motion to Vacate Orders Dated June 24, 2010 and July 21, 2010 filed October 18, 2010. The Court held a reported hearing today to hear arguments concerning the motion. As set forth in the Government's response to the motion filed December 2, 2010, the Government does not oppose vacating Judge Camp's Orders of June 24, 2010 (reducing Defendant's sentence by one month) and August 27, 2010 (denying Defendant's motion for reconsideration). The Government does not object to Defendant's Motion for Reconsideration of the sentence as set in the Order of June 24, 2010.[1] Accordingly, the Court does hereby VACATE those Orders and now turns to de novo consideration of the matter of how much to reduce the Defendant's sentence.

At the hearing both sides presented factual information concerning the instant case and the extent of Defendant's cooperation; the Government sought a three-level reduction from Offense Level 19

---

[1] The instant motion pertains to the Government's 2010 motion to reduce Defendant's sentence. At Defendant's 2008 sentencing hearing the Court (Judge Camp) granted the Government's first motion to reduce Defendant's sentence. At that time, a six-level reduction in Defendant's Offense Level was granted, resulting in a sentence of 46 months. That reduction was based on cooperation different from that which is the basis for the instant motion to reduce Defendant's sentence.

(Criminal History Category IV) to Offense Level 16 (Criminal History Category IV), yielding a Guideline range of 33 to 41 months. The Government recommended a sentence at the bottom of the range. The defense sought a six-level reduction from Offense Level 19 (Criminal History Category IV) to Offense Level 14 (Criminal History Category IV), which would yield a Guideline range of 24 to 30 months. Defendant sought a sentence of 24 months.

Upon consideration of the facts and argument presented by both counsel the Court determines that the three-level reduction sought by the Government is appropriate and that a sentence at the bottom of the Guideline range is appropriate. Accordingly, the Court hereby REDUCES Defendant's custodial sentence to a term of 33 months. All other terms and conditions of the sentence shall remain the same.

SO ORDERED, this 22 day of February, 2011.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE